United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| In re: | Case No. 22-10381-CN |
| Spring Mountain Vineyard Inc. | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| District/off: 0971-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2023 | Form ID: pdfnoa | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Michael D. Prough, Prough Law, APC, 1550 Parkside Dr., Ste. 200, Walnut Creek, CA 94596-3535 |
| aty | + | Trevor R Fehr, Office of the U.S. Trustee, 450 Golden Gate Avenue, Suite 05-0153, San Francisco, CA 94102-3402 |
| | + | Jay B. Spievack, Cohen Tauber Spievack & Wagner, PC, 420 Lexington Avenue, Suite 2400, New York, NY 10170-2499 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2023            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley M. Weringa | on behalf of Creditor MGG California  LLC aweringa@proskauer.com |
| Dean C. Burnick | on behalf of Interested Party Mt. Hawley Insurance Company dcb@proughlaw.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the U.S. Trustee / SR elvina.rofael@usdoj.gov Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov |
| Jacquelyn H. Choi | on behalf of Creditor Napa County Treasurer-Tax Collector jacquelyn.choi@rimonlaw.com  docketing@rimonlaw.com |
| Jeff J. Marwil | on behalf of Creditor MGG California  LLC jmarwil@proskauer.com |

| | | |
|---|---|---|
| District/off: 0971-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 31, 2023 | Form ID: pdfnoa | Total Noticed: 3 |

John G. Warner
    on behalf of Creditor Francois Freres USA Inc. warnerwest@aol.com

Mark S Horoupian
    on behalf of Debtor Spring Mountain Vineyard Inc. mark.horoupian@gmlaw.com cheryl.caldwell@gmlaw.com

Michael St. James
    on behalf of Interested Party Arcade Capital LLC ecf@stjames-law.com

Office of the U.S. Trustee / SR
    USTPRegion17.SF.ECF@usdoj.gov

Peter J Young
    on behalf of Creditor MGG California LLC pyoung@proskauer.com

Randall P. Mroczynski
    on behalf of Creditor Ford Motor Credit Company LLC rmroczynski@cookseylaw.com

Steve Burnell
    on behalf of Debtor Spring Mountain Vineyard Inc. steve.burnell@gmlaw.com

Steve Ma
    on behalf of Creditor MGG California LLC sma@proskauer.com

Steven F. Werth
    on behalf of Debtor Spring Mountain Vineyard Inc. steven.werth@gmlaw.com Patricia.Dillamar@gmlaw.com

Thomas Philip Kelly, III
    on behalf of Creditor Central Valley Builders Supply Inc. tomkelly@sonic.net

Trevor Ross Fehr
    on behalf of U.S. Trustee Office of the U.S. Trustee / SR trevor.fehr@usdoj.gov

Victor A. Sahn
    on behalf of Attorney Greenspoon Marder LLP victor.sahn@gmlaw.com Karen.Files@gmlaw.com

TOTAL: 17

| | |
|---|---|
| 1 | Michael D. Prough (SBN 168741) |
| 2 | mdp@proughlaw.com |
| | Dean C. Burnick (SBN 146914) |
| 3 | dcb@proughlaw.com |
| | PROUGH LAW, APC |
| 4 | 1550 Parkside Dr., Ste. 200 |
| | Walnut Creek, CA  94596 |
| 5 | Telephone: 925-433-5894 |
| | Facsimile: 925-482-0929 |

Attorneys for Appellant
Mt. Hawley Insurance Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA

| | |
|---|---|
| In Re: SPRING MOUNTAIN VINEYARD INC., | No. 22-10381 CN 11 |
| | Chief Judge Charles Novack |
| Debtor | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Part 1: Identify the appellant(s):

1. Name(s) of appellant(s):

   **Mt. Hawley Insurance Company**

2. Position of appellant(s) for appeals in a bankruptcy case and not in an adversary proceeding:

   **Appellant is a Creditor in the Debtor/DIP Spring Mountain Vineyard, Inc.'s Chapter 11 Bankruptcy proceeding**.

Part 2: Identify the subject of this appeal:

1. Describe the judgment, order, or decree appealed from: **Order Denying Motion for Relief from Automatic Stay**

2. State the date on which the judgment, order, or decree was entered:

   **March 20, 2023**

Part 3: Identify the other parties to the appeal:

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Debtor  
   Spring Mountain.  
   Vineyard, Inc.  
   ("Debtor")  
   Attorney: Victor A. Sahn/Steven Burnell  
   Greenspoon Marder, LLP  
   333 South Grand Avenue, Ste. 3400  
   Los Angeles, CA 90071  
   (213) 626-2311

2. Debtor  
   Attorney: Jay B. Spievack  
   Cohen Tauber Spievack & Wagner, PC  
   420 Lexington Avenue, Suite 2400  
   New York, New York 10170  
   (212) 586-5800

**See Attachment for additional counsel.**

Part 4: Optional election to have appeal heard by District Court:

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

**Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.**

Part 5: Sign below:

Dated: March 31, 2023

PROUGH LAW, APC

By: /s/ Michael D. Prough  
Michael D. Prough

Attorneys for  
Mt. Hawley Insurance Company

- 2 -  
NOTICE OF APPEAL AND STATEMENT OF ELECTION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court using the CM/EFT system and served upon all parties receiving notice pursuant to the CM/ECF system on this 31st day of March 2023.

/s/ *Michael D. Prough*
Michael D. Prough

- 3 -
NOTICE OF APPEAL AND STATEMENT OF ELECTION