# EXHIBIT A

Victor A. Sahn (CA State Bar No. 97299)
  victor.sahn@gmlaw.com
Steve Burnell (CA State Bar No. 286557)
  steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone:     213.626.2311
Facsimile:     954.771.9264

Attorneys for Appellee,
Spring Mountain Vineyard, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>SPRING MOUNTAIN VINEYARD, INC.,<br><br>    Debtor,<br><br>MT. HAWLEY INSURANCE COMPANY,<br><br>    Appellant,<br><br>    vs.<br><br>SPRING MOUNTAIN VINEYARD, INC.<br><br>    Appellee. | U.S. District Court Case No. 3:23-cv-1622-AMO<br><br>**ORDER GRANTING STIPULATION TO CONTINUE APPELLEE'S RESPONSE BRIEF DEADLINE**<br><br>[Related to Docket no. 6] |

1   On June 30, 2023, the *Stipulation To Continue Appellee's Response Brief Deadline*
2   (the "Stipulation") was filed by Spring Mountain Vineyard, Inc., the appellee in the above-
3   captioned appeal ("Appellee" or "Spring Mountain").  Pursuant to the Stipulation, Appellee and
4   appellant Mt. Hawley Insurance Company ("Mt. Hawley" or "Appellee") agreed to continue
5   Appellee's deadline to file its response brief from July 3, 2023 to, and including, July 25, 2023.
6   The Court, having considered the Stipulation, finding that notice was proper, and
7   for good cause appearing therefor,
8   **IT IS HEREBY ORDERED:**
9   1. The Stipulation is granted; and
10  2. Spring Mountain's deadline to file its response brief is hereby continued
11  from July 3, 2023 to, and including, July 25, 2023.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

SERVICE OF THE ORDER IS NOT NECESSARY